No. 71–1115. FARRELL ET AL. *v.* MASSACHUSETTS;

No. 71–1251. LOCAL FINANCE CORP. *v.* MASSACHUSETTS;

No. 71–1253. WOODCOCK *v.* MASSACHUSETTS;

No. 71–1254. LIBERTY LOAN CORP. *v.* MASSACHUSETTS; and

No. 71–6428. HANLEY *v.* MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied. Reported below: —— Mass. ——, 275 N. E. 2d 33.

No. 71–1228. WALKER ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 71–1230. PEPSI-COLA BOTTLING CO. OF MIAMI, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied. 

No. 71–1252. KAMBER *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 71–1257. MOORE ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 71–1259. CENTRAL MACHINE & TOOL CO., INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 10th Cir. Certiorari denied.

No. 71–1268. BROWN ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 71–1270. McKEE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 71–1272. DeFONT ET AL. *v.* UNITED STATES ET AL. C. A. 1st Cir. Certiorari denied.